**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kevin Bryant BROGDEN, Defendant—
Appellant.**

No. 11–6195.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 13, 2012.

Decided: June 5, 2012.

Kevin Bryant Brogden, Appellant Pro
Se.

Before WILKINSON, MOTZ, and
DIAZ, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kevin Bryant Brogden seeks to appeal
the district court's order denying relief on
his 28 U.S.C.A. § 2255 (West Supp.2011)
motion. The order is not appealable un-
less a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(B) (2006). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2006).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel*, 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell*, 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the motion states a debatable
claim of the denial of a constitutional right.
*Slack*, 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Brogden has not
made the requisite showing. Accordingly,
we deny Brogden's motion for a certificate
of appealability and dismiss the appeal.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*